IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS CONSERVATIVE UNION, CAROL J. DAVIS, JANET L. SHAW, and LORETTA J. SAVEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | 20 cv 5542 |
| v. | ) ) | District Judge Sara L. Ellis |
| ILLINOIS; THE ILLINOIS STATE BOARD OF ELECTIONS; and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections, | ) ) ) ) ) ) ) | Magistrate Judge Beth W. Jantz |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully submit they have reached an agreement to resolve Plaintiffs' claims in this matter and hereby enter this joint stipulation of dismissal of the action without prejudice, to automatically convert into a dismissal with prejudice within six months of this filing.

Dated: July 18, 2023                                Respectfully submitted,


KWAME RAOUL
Illinois Attorney General

By: /s/ Maggie Jones
MAGGIE JONES
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau – Civil Rights Unit
100 W. Randolph St., 13th Floor
Chicago, IL 60601

/s/ Eric W. Lee
Eric W. Lee*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
elee@judicialwatch.org

Stephen F. Boulton
Boulton & Associates

(872) 272-0772
(312) 814-1154 (FAX)
Margaret.Jones@ilag.gov

*Counsel for Defendants*

123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Phone: (312) 343-3228
Facsimile: (773) 697-7046
sboulton@peraica.com


*Attorneys for Plaintiffs*

**Admitted pro hac vice*