## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Illinois Conservative Union, et al.

        Plaintiff,

v.               Case No.: 1:20−cv−05542
               Honorable Sara L. Ellis

State of Illinois, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2023:

  MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 7/18/2023. Pursuant to the Stipulation of Dismissal filed in this case [85], the case is dismissed without prejudice and will convert to a dismissal with prejudice within six months of today's date. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.